IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUITY RESIDENTIAL MANAGEMENT, LLC, | No. C 18-01395 WHA |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND** |
| v. | |
| KEVIN LOISEAU, *et al.*, | |
| Defendants. | |

On April 16, Magistrate Judge Laurel Beeler filed a report and recommendation to remand this action to the Superior Court of California, County of Contra Costa (Dkt. No. 13). Any objections to Judge Beeler's report and recommendation were due by April 30. As of the date of this order, no objection has been filed. The Court has reviewed and hereby **ADOPTS IN FULL** Judge Beeler's report and recommendation. Accordingly, this action is **REMANDED** to the Superior Court of California, County of Contra Costa.

**IT IS SO ORDERED.**

Dated: May 8, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE